# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 12-5378**  **September Term, 2013**

1:09-cv-02031-ABJ

**Filed On:** April 23, 2014

Columbia Saint Mary's Hospital Milwaukee, Inc.,

      Appellee

    v.

Kathleen Sebelius, Secretary of the United States Department of Health and Human Services,

      Appellant

    **BEFORE:**    Griffith and Kavanaugh, Circuit Judges

## O R D E R

    Upon consideration of appellant's motion to govern, which includes a request for summary reversal, and appellee's motion to govern, which requests briefing on the merits, it is

    **ORDERED** that the request for summary reversal be denied and the request for briefing be granted. The merits of the parties' positions are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel.

**Per Curiam**